### 15946.   HARPER v. THE STATE.

LUKE, J.  1. There is no merit in the special grounds of the motion for a new trial.

2. This case is controlled by the ruling in *Yonce* v. *State*, 154 *Ga.* 419 (114 S. E. 325); 29 *Ga. App.* 173-4 (114 S. E. 584).

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 13, 1925.

Conviction of manufacture of liquor; from Baldwin superior court—Judge Park.   September 16, 1924.

Application for certiorari was made to the Supreme Court.

From the evidence for the State it appears that the sheriff, with two other persons, went to a point near where a still was in operation making whisky, and that one of the party, who went ahead of the others to the still, saw the defendant coming from it, and the defendant saw him and ran back towards the still and disappeared. No other person was seen at the still.   The defendant attempted to establish an alibi.

*Allen & Pottle, Marion H. Allen,* for plaintiff in error.
*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.